# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2024

Lyle W. Cayce
Clerk

No. 23-10715

Premier Electronics, L.L.C.,

*Plaintiff—Appellant*,

*versus*

ADT, L.L.C.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-2036

Before Higginbotham, Stewart, and Higginson, *Circuit Judges*.
Per Curiam:[*]

Premier Electronics, LLC appeals the district court's order granting ADT LLC's motion for summary judgment, dismissing all of Premier's claims with prejudice. Premier also appeals the district court's interlocutory orders that (1) deny Premier's motion to modify the scheduling order; (2) strike Premier's supplemental expert report; and (3) strike Premier's potential trial exhibit. This Court has heard oral argument and reviewed all

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10715

briefings. We agree with the district court's analysis and AFFIRM for essentially the reasons stated in the district court's thorough orders and memorandum opinions.